UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x
WATKINS HOLDINGS S.À R.L. &
WATKINS (NED) B.V.,

    *Petitioners*,

v.

KINGDOM OF SPAIN,

    *Respondent*.
-----------------------------------------------------------x

Civil Action No. 1:20-CV-01081-TFH

## NOTICE OF WITHDRAWAL OF ATTORNEY KARTHIK P. REDDY

Karthik P. Reddy withdraws his appearance for Petitioners Watkins Holdings S.à.r.l. and Watkins (Ned) B.V. in the above-captioned matter. No trial date has been set. Petitioners will continue to be represented in this matter by attorneys Bradley Pensyl (*pro hac vice*), Patrick W. Pearsall, John Roberti, Gideon Duke-Cohan (*pro hac vice*), and Laila Delimustafic (*pro hac vice*).

Dated: June 28, 2021

Respectfully submitted,

/s/ Karthik P. Reddy

Karthik P. Reddy
D.C. Bar No. 1048848
Allen & Overy LLP
1101 New York Ave., NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

I hereby certify that on this twenty-eighth day of June 2021, I caused the foregoing Notice of Withdrawal of Counsel to be electronically filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system.  Counsel in this case are registered CM/ECF users, and service will be accomplished using the CM/ECF system.

/s/ Karthik P. Reddy

Karthik P. Reddy
Allen & Overy LLP
1101 New York Ave., NW
Washington, DC 20005