AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| WATKINS HOLDINGS S.À R.L. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01081-TFH |
| KINGDOM OF SPAIN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kingdom of Spain .

Date:   09/27/2021                                                   /s/ Matthew J., Weldon
                                                                                *Attorney's signature*

                                                    Matthew J. Weldon (Bar No. NY0401)
                                                         *Printed name and bar number*

                                                                  K&L Gates LLP
                                                             599 Lexington Avenue
                                                          New York, New York 10022
                                                                      *Address*

                                                      matthew.weldon@klgates.com
                                                                *E-mail address*

                                                                (212) 536-4042
                                                              *Telephone number*

                                                                (212) 536-3901
                                                                  *FAX number*