UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
:
WATKINS HOLDINGS S.À R.L. &  :
WATKINS (NED) B.V.,  :   Civil Action No. 1:20-CV-01081-TFH
:
   *Petitioners*,  :
:
v.  :
:
KINGDOM OF SPAIN,  :
:
   *Respondent*.  :
---------------------------------------------------------------x

## **JOINT STATUS REPORT**

     Pursuant to the Court's Order dated November 1, 2021, Petitioners Watkins Holdings S.à r.l. & Watkins (NED) B.V. (collectively, "Petitioners"), and Respondent the Kingdom of Spain ("Spain") (together "the Parties") submit the following status report regarding the proceedings before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. On January 3, 2022, the Parties informed the Court that the Annulment Proceedings are ongoing before the Annulment Committee and a hearing on those proceedings is scheduled to take place from February 3 to February 4, 2022.

2. There have been no further developments in this matter. The Parties will promptly report any updates to the Court.

Dated: February 2, 2022

| | |
|---|---|
| /s/ *Patrick W. Pearsall*<br>ALLEN & OVERY LLP<br>Patrick W. Pearsall<br>Patrick.Pearsall@allenovery.com<br>John Roberti<br>John.Roberti@allenovery.com<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Tel: (202) 683-3800<br>Fax: (202) 683-3999<br><br>Bradley S. Pensyl (admitted *pro hac vice*)<br>Bradley.Pensyl@allenovery.com<br>Gideon Duke-Cohan (admitted *pro hac vice*)<br>Gideon.Duke-Cohan@allenovery.com<br>Laila Delimustafic (admitted *pro hac vice*)<br>Laila.Delimustafic@allenovery.com<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 610-6300<br><br>*Attorneys for Petitioners Watkins Holdings S.à r.l. & Watkins (Ned) B.V.* | /s/ *Matthew J. Weldon*<br>K&L GATES LLP<br>Matthew J. Weldon<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 536-4042<br>Matthew.Weldon@klgates.com<br><br>Brian D. Koosed<br>1601 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 778-9204<br>Brian.Koosed@klgates.com<br><br>Michael DeMarco (*pro hac vice* to be requested)<br>1 Lincoln Street<br>Boston, MA 02111<br>Tel: (617) 951-9111<br>Michael.DeMarco@klgates.com<br><br>*Attorneys for Defendant Kingdom of Spain* |