UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
WATKINS HOLDINGS S.À R.L. &  :
WATKINS (NED) B.V.,          :  Civil Action No. 1:20-CV-01081-TFH
:
   *Petitioners*,            :
:
v.                           :
:
KINGDOM OF SPAIN,            :
:
   *Respondent*.            :
------------------------------------------------------------x

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 1, 2021, Petitioners Watkins Holdings S.à r.l. & Watkins (NED) B.V. (collectively, "Petitioners"), and Respondent the Kingdom of Spain ("Spain") (together "the Parties") submit the following status report regarding the proceedings before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. On January 3, 2022, the Parties informed the Court that the Annulment Proceedings are ongoing before the Annulment Committee and a hearing on those proceedings took place from February 3 to February 4, 2022.

2. There have been no further developments in this matter. The Parties will promptly report any updates to the Court.

Dated: April 4, 2022

<div style="display: flex;">
<div style="flex: 1;">

/s/ *Patrick W. Pearsall*
ALLEN & OVERY LLP
Patrick W. Pearsall
Patrick.Pearsall@allenovery.com
John Roberti
John.Roberti@allenovery.com
1101 New York Avenue, NW
Washington, DC 20005
Tel: (202) 683-3800
Fax: (202) 683-3999

Bradley S. Pensyl (admitted *pro hac vice*)
Bradley.Pensyl@allenovery.com
Gideon Duke-Cohan (admitted *pro hac vice*)
Gideon.Duke-Cohan@allenovery.com
Laila Delimustafic (admitted *pro hac vice*)
Laila.Delimustafic@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300

*Attorneys for Petitioners Watkins Holdings S.à r.l. & Watkins (Ned) B.V.*

</div>
<div style="flex: 1;">

/s/ *Matthew J. Weldon*
K&L GATES LLP
Matthew J. Weldon
599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-4042
Matthew.Weldon@klgates.com

Brian D. Koosed
1601 K Street, NW
Washington, DC 20006
Tel: (202) 778-9204
Brian.Koosed@klgates.com

Michael DeMarco (*pro hac vice* to be requested)
1 Lincoln Street
Boston, MA 02111
Tel: (617) 951-9111
Michael.DeMarco@klgates.com

*Attorneys for Defendant Kingdom of Spain*

</div>
</div>