UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x
:
WATKINS HOLDINGS S.À R.L. & :
WATKINS (NED) B.V., :
: Civil Action No. 1:20-CV-01081-BAH
*Petitioners*, :
:
v. :
:
KINGDOM OF SPAIN, :
:
*Respondent*. :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

**COMES NOW** Petitioners Watkins Holdings S.à r.l. & Watkins (NED) B.V. (collectively, "Petitioners") respectfully notify this Honorable Court that John Roberti shall be withdrawn as counsel of record for the Petitioners in the above-captioned case. John Roberti is no longer affiliated with Allen & Overy LLP, which remains counsel of record for the Petitioners.

**WHEREFORE,** Allen & Overy LLP and Petitioners respectfully request that this Court enter an Order permitting John Roberti to withdraw as counsel of record.

Respectfully submitted,

Dated: March 13, 2023

/s/ *Bradley S. Pensyl*
ALLEN & OVERY LLP
Bradley S. Pensyl (admitted *pro hac vice*)
Bradley.Pensyl@allenovery.com
Gideon Duke-Cohan (admitted *pro hac vice*)
Gideon.Duke-Cohan@allenovery.com
Laila Delimustafic (admitted *pro hac vice*)
Laila.Delimustafic@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300

Patrick W. Pearsall
Patrick.Pearsall@allenovery.com
1101 New York Avenue, NW
Washington, DC 20005
Tel: (202) 683-3800
Fax: (202) 683-3999

*Attorneys for Petitioners Watkins Holdings S.à r.l. & Watkins (Ned) B.V.*

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on all counsel of record by the Court's CM/ECF System, and by email, on this 13th day of March 2023.

*/s/ Bradley S. Pensyl*  
Bradley S. Pensyl
