IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WATKINS HOLDINGS S.A R.L. and WATKINS (NED) B.V., <br><br> *Petitioners*, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> *Respondent*. | Civil Action No. 1: 1:20-cv-1081-BAH |

## APPEARANCE OF COUNSEL

To:  The Clerk of Court and all Parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Respondent the Kingdom of Spain.

Dated: April 22, 2024  

Respectfully submitted,

  /s/ *Jonathan M. Landy*
Jonathan M. Landy (D.C. Bar No. 467847)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email:  jlandy@wc.com