IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLASKET RENEWABLE INVESTMENTS LLC,<br><br>    *Petitioner*,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>    *Respondent*. | Civil Action No. 20-1081 (BAH) |

## DECLARATION OF MARTIN B. JACKSON

Pursuant to 28 U.S.C. § 1746, I, Martin B. Jackson, declare the following:

1.    I am a member of Sidley Austin LLP, the attorneys of record for Respondent, Kingdom of Spain ("Spain").

2.    I submit this declaration in support of Spain's Motion to Quash or Modify the Third-Party Subpoena to the Clearing House Payments Company, L.L.C. solely to submit to the Court true and correct copies of the following documents.

3.    Attached hereto as Exhibit A is a true and correct copy of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action upon The Clearing House Payments Company, L.L.C., dated November 3, 2025.

4.    Attached hereto as Exhibit B is a true and correct copy of European Commission Case No. SA.40348 (2015/NN), Decision 7384, dated October 11, 2017.

5.    Attached hereto as Exhibit C is a true and correct copy of European Commission Case No. SA.54155 (2021/NN), Decision 1781, dated March 24, 2025.

6.    Attached hereto as Exhibit D is a true and correct copy of Approved Judgment,

dates November 10, 2025 in *Operafund Eco-Invest SICAV Plc v. Kingdom of Spain*, [2025]

EWHC 2874 (Comm).


I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and

correct.


Dated: November 17, 2025
       New York, New York

_____
Martin B. Jackson

2