# EXHIBIT A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

_____
*(Name of person to whom this subpoena is directed)*

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
|  |  |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLASKET RENEWABLE INVESTMENTS, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>THE KINGDOM OF SPAIN,<br><br>     Defendant. | Civil Action No. 20-1081 (BAH)<br><br>**<u>SUBPOENA FOR DOCUMENTS</u>** |

TO: The Clearing House Payments Company, L.L.C.
   subpoenas@theclearinghouse.org

WHEREAS, in the above-captioned action in the U.S. District Court for the District of Columbia, a judgment was entered on September 11, 2025, in favor of Plaintiff Blasket Renewable Investments LLC (and against Defendant the Kingdom of Spain ("Spain") in the amount of €77,000,000 plus interest and costs, all of which remains unpaid.

NOW, THEREFORE, WE COMMAND YOU, pursuant to Federal Rules of Civil Procedure 69(a)(2) and 45, and this subpoena, that you answer in writing under oath, separately and fully, each of the written questions accompanying this subpoena in Appendix A, with each answer referring to the question to which it responds, attaching additional pages if necessary, and that you produce documents responsive to the requests for production in Appendix A, and that you deliver to King & Spalding LLP, 1700 Pennsylvania Avenue, NW Suite 900, Washington, D.C. 20006 (Attention: Matthew D. McGill), in the prepaid, addressed return envelope (or via electronic transmission if the parties agree upon a means of electronic production), within fourteen (14) days after your receipt of the questions, requests, and this subpoena.

PLEASE TAKE NOTICE that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated:  November 3, 2025

Washington, DC

Matthew D. McGill
Matthew.McGill@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
202 626 2644

APPENDIX "A"

**<u>DEFINITIONS</u>**

1.    The definitions and rules of construction set forth in S.D.N.Y. Local Rule 26.3 are incorporated herein by reference as if set forth in full.

2.    "CHIPS" shall mean the Clearing House Interbank Payment System, operated by the Clearing House Association, L.L.C.

3.    "You," "Your," and "Yours" refer to the Clearing House Payments Company, L.L.C. and all of its principals, agents, employees, attorneys, representatives, insurers, and any other persons or entities, acting or purporting to act on behalf of the Clearing House Payments Company, L.L.C., and any other persons or entities in active concert and participation with that entity.

**<u>INSTRUCTIONS</u>**

1.    You are requested to produce all responsive documents, wherever located, that are within Your possession, custody, or control, or in the possession, custody, or control of your agents, employees, attorneys, representatives, insurers, accountants, or other persons acting or purporting to act on Your behalf.

2.    Each request seeks production of the document in its entirety, without abbreviation or expurgation, including all attachments or other matters affixed thereto.

3.    Each request seeks production of documents responsive to both the English and Spanish names of the same entity. You are requested to search and produce all responsive documents, whether responsive to the English or Spanish name.

4.    Documents responsive to these requests shall be produced as they have been kept in the usual course of business, including the file labels and other identifying information concerning the source or custodian of the document.

5.      If You refuse to produce any document requested herein on the ground of privilege, work product, or other ground of non-production, You shall submit, in lieu of each such document, a written statement that:

      a.      specifies the privilege or other asserted ground for non-production;

      b.      describes the nature and general topic of the document to the extent possible in a manner consistent with the privilege, work product, or other asserted ground for non-production;

      c.      identifies the person or persons who prepared the documents and, if applicable, the person or persons to whom the document was sent;

      d.      identifies any other person who has seen or had possession of the document; and

      e.      specifies the date on which the document was prepared or received by you.

6.      If a document responsive to any request is no longer in Your possession, but a copy of said document has been maintained by Your representative, agent, or consultant, include such document in Your production. Any copy of a document that varies in any way from the original or from any other copy of the document shall constitute a separate document and must be produced, whether or not the original of such document is within your possession, custody, or control.

7.      If any of the documents supplied in response to these requests does not come from your records, please specify the source of the documents.

8.      If any document requested herein was formerly in Your possession, custody, or control and has been lost or destroyed, You shall submit, in lieu of each such document, a written statement that:

      a.      describes in detail the nature of the document and its contents;

4

b.    identifies the person who prepared the document and, if applicable, the person or persons to whom the document was sent or disclosed;

c.    specifies the date on which the document was prepared or transmitted; and

d.    specifies, if known, the date on which the document was lost or destroyed, and, if destroyed, the conditions of and reasons for such destruction and the persons requesting and performing the destruction.

9.    All objections to any requests for documents must be made in a written response served on the undersigned within the time period for responding to this request.

10.    This is a continuing request.  You are under a duty to promptly supplement your responses if You obtain information on the basis of which You learn or have reason to believe that any or all responses are in some material respect incomplete or incorrect.

**REQUESTS FOR DOCUMENTS**

1.    For the time period November 3, 2023 to present, please provide an electronic copy of all wire transfers processed through Clearing House Interbank Payments System ("CHIPS") in which the search terms provided below appear in the wire/payment message:

a.    Sociedad Estatal de Participaciones Industriales (or "SEPI")

b.    Instituto Cervantes

c.    RENFE of America LLC

d.    RENFE Operadora

e.    Ingeniería y Economía del Transporte, S.M.E. M.P., S.A.

f.    ENAIRE

g.    Paradores de Turismo de España, S.A

h.    Office of the Prime Minister of Spain

5

i.          Office of the Spanish Prime Minister

j.          Presidencia del Gobierno de España

k.          Office of the First Deputy Prime Minister of Spain

l.          Office of the Spanish First Deputy Prime Minister

m.          Vicepresidencia Primera del Gobierno de España

n.          Office of the Second Deputy Prime Minister of Spain

o.          Office of the Spanish Second Deputy Prime Minister

p.          Vicepresidencia Segunda del Gobierno de España

q.          Office of the Third Deputy Prime Minister of Spain

r.          Office of the Spanish Third Deputy Prime Minister

s.          Vicepresidencia Tercera del Gobierno de España

t.          Ministry of the Presidency, Justice and Relations with the Cortes of Spain

u.          Spanish Ministry of the Presidency, Justice and Relations with the Cortes

v.          Ministerio de la Presidencia, Justicia y Relaciones con las Cortes de España

w.          Ministry of Foreign Affairs, European Union and Cooperation of Spain

x.          Spanish Ministry of Foreign Affairs, European Union and Cooperation

y.          Ministerio de Asuntos Exteriores, Unión Europea y Cooperación de España

z.          Ministry of Health of Spain

aa.          Spanish Ministry of Health

bb.          Ministerio de Sanidad de España

cc.          Ministry of Defence of Spain

dd.          Spanish Ministry of Defence

ee.          Ministerio de Defensa de España

6

ff.      Ministry of Finance of Spain

gg.      Spanish Ministry of Finance

hh.      Ministerio de Hacienda de España

ii.      Ministry of the Interior of Spain

jj.      Spanish Ministry of the Interior

kk.      Ministerio del Interior de España

ll.      Ministry of Transport and Sustainable Mobility of Spain

mm.      Spanish Ministry of Transport and Sustainable Mobility

nn.      Ministerio de Transportes y Movildad Sostenible de España

oo.      Ministry of Education, Vocational Training and Sports of Spain

pp.      Spanish Ministry of Education, Vocational Training and Sports

qq.      Ministerio de Educación, Formación Profesional y Deportes de España

rr.      Spokesperson of the Government of Spain

ss.      Spokesperson of the Spanish Government

tt.      Portavoz del Gobierno de España

uu.      Ministry of Labour and Social Economy of Spain

vv.      Spanish Ministry of Labour and Social Economy

ww.      Ministerio de Trabajo y Economía Social de España

xx.      Ministry of Industry and Tourism of Spain

yy.      Spanish Ministry of Industry and Tourism

zz.      Ministerio de Industria y Turismo de España

aaa.      Ministry of Agriculture, Fisheries and Food of Spain

bbb.      Spanish Ministry of Agriculture, Fisheries and Food

ccc.       Ministerio de Agricultura, Pesca y Alimentación de España

ddd.       Ministry of Territorial Policy and Democratic Memory of Spain

eee.       Spanish Ministry of Territorial Policy and Democratic Memory

fff.       Ministerio de Pólitica Territorial y Memoria Democrática de España

ggg.       Ministry for the Ecological Transition and Demographic Challenge of Spain

hhh.       Spanish Ministry for the Ecological Transition and Demographic Challenge

iii.       Ministerio para la Transición Ecológica y el Reto Demográfico de España

jjj.       Ministry of Culture of Spain

kkk.       Spanish Ministry of Culture

lll.       Ministerio de Cultura de España

mmm.       Ministry of Economy, Trade and Business of Spain

nnn.       Spanish Ministry of Economy, Trade and Business

ooo.       Ministerio de Economía, Comercio y Empresa de España

ppp.       Ministry of Equality of Spain

qqq.       Spanish Ministry of Equality

rrr.       Ministerio de Igualdad de España

sss.       Ministry of Science, Innovation and Universities of Spain

ttt.       Spanish Ministry of Science, Innovation and Universities

uuu.       Ministerio de Ciencia, Innovación y Universidades de España

vvv.       Ministry of Housing and Urban Agenda of Spain

www.       Spanish Ministry of Housing and Urban Agenda

xxx.       Ministerio de Vivienda y Agenda Urbana de España

yyy.       Ministry of Social Rights, Consumer Affairs and 2030 Agenda of Spain

8

zzz.    Spanish Ministry of Social Rights, Consumer Affairs and 2030 Agenda

aaaa.    Ministerio de Derechos Sociales, Consumo y Agenda 2030 de España

bbbb.    Ministry of Inclusion, Social Security and Migration of Spain

cccc.    Spanish Ministry of Inclusion, Social Security and Migration

dddd.    Ministerio de Inclusión, Seguridad Social y Migraciones de España

eeee.    Ministry for the Digital Transformation and Civil Service of Spain

ffff.    Spanish Ministry for the Digital Transformation and Civil Service

gggg.    Ministerio para la Transformación Digital y de la Función Pública de España

hhhh.    Ministry of Youth and Children of Spain

iiii.    Spanish Ministry of Youth and Children

jjjj.    Ministerio de Juventud e Infancia de España

kkkk.    Bank of Spain

llll.    Banco de España