**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BLASKET RENEWABLE INVESTMENTS, LLC,

          Petitioner,

          v.

KINGDOM OF SPAIN,

          Respondent.

Civil Action No. 20-1081 (BAH)

Judge Beryl A. Howell

## <u>ORDER</u>

Upon consideration of respondent the Kingdom of Spain's ("Spain") Motion to Quash or Modify the Third-Party Subpoena to the Clearing House Payments Company, LLC, ECF No. 107; Spain's Motion to Stay Enforcement of the Judgment and Quash Subpoenas, ECF No. 112; and petitioner Blasket Renewable Investments, LLC's Cross-Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, ECF No. 116, the legal memoranda in support and opposition thereto, the exhibits attached thereto, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that Spain's Motion to Quash or Modify the Third-Party Subpoena to the Clearing House Payments Company, LLC, ECF No. 107, is **DENIED**; it is further

**ORDERED** that Spain's Motion to Stay Enforcement of the Judgment and Quash Subpoenas, ECF No. 112, is **DENIED**; it is further

**ORDERED** that petitioner's Cross-Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, ECF No. 116, is **GRANTED**; it is further

**ORDERED** that, based on the Court's finding that "a reasonable period of time has elapsed following the entry of judgment," 28 U.S.C. § 1610(c), petitioner may now seek attachment and

execution on assets of Spain as permitted by law in order to enforce the judgment issued on September 11, 2025, of €77 million, plus interest and costs, as specified in this Court's Order, ECF No. 96 ("September 2025 Judgment"); it is further

**ORDERED** that, based on the Court's finding that "good cause" has been shown to allow registration of the September 2025 Judgment outside of this District, petitioner may register the September 2025 Judgment in any judicial district of the United States, pursuant to 28 U.S.C. § 1963.

*This is a final and appealable order.*

Date: April 10, 2026

_____
**BERYL A. HOWELL**
United States District Judge